THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ALICE, Appellant.—

Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RUPOLI, Appellant.—

No opinion. Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.. concur.